# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **C.R.J.M. ,** | **JUDGMENT IN A CIVIL CASE** |
| | CASE NO: **2:26–CV–00742–DJC–EFB** |
| v. | |
| **ROBERT F. KENNEDY JR. ,** | |

_____

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

    **IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 3/24/2026 .**

ENTERED:    **March 24, 2026**      _/s/_ **Keith Holland**_____
                                      Clerk of Court